**Order filed October 6, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00477-CV
_____

**HARMONHINDER S. BHATIA, Appellant**

**V.**

**WOODLANDS NORTH HOUSTON HEART CENTER P.L.L.C., NORTH HOUSTON HEART CENTER P.L.L.C., NORTHWEST HOUSTON CARDIOVASCULAR IMAGING CENTER II, LTD., BACL INVESTMENTS L.L.C., VINCENT AQUINO, M.D., F.A.C.C., GARY GOLEMAN, M.D., F.A.C.C., BRUCE LACHTERMAN, M.D., F.A.C.C., ET AL, Appellees**

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2007-09704**

## O R D E R

The reporter's record in this case was originally due July 5, 2011. *See* Tex. R. App. P. 35.1. On September 8, 2011, the clerk of this court sent a letter to Norma Duarte, one of court reporters on this case, informing her that her portion of the record had not been filed.

The court has not received a request to extend time for filing the record. The record has not been filed with the court. We therefore issue the following order.

We order **Norma Duarte**, the court reporter, to file her portion of the record in this appeal **on or before October 31, 2011.**

PER CURIAM